UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
PIKEVILLE

| | |
|---|---|
| JEFFREY BENTON, | ) |
| Plaintiff, | ) Civil Action No. 7:20-cv-131-GFVT |
| v. | ) |
| | ) **JUDGMENT** |
| HECTOR JOYNER, *et. al.*, | ) |
| Defendants. | ) |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Consistent with the Memorandum Opinion and Order entered this date and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is **ORDERED** and **ADJUDGED** as follows:

1.  Plaintiff Jeffrey Benton's Complaint [R. 1] is **DISMISSED** with prejudice.

2.  Judgment is **ENTERED** in favor of the defendants.

3.  This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

This the 5th day of May, 2022.

Gregory F. Van Tatenhove
United States District Judge